```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF IOWA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>VICTOR GUTIERREZ,<br><br>        Defendant. | Case No. CR07-4092-LTS<br><br>**NOTICE PER ADMINISTRATIVE ORDER No. 16-AO-0006-P** |

    The undersigned hereby files this notice in compliance with Administrative Order No. 16-AO-0006-P (the notice is being filed outside the time period due to communication issues and because a first supplemental petition has been filed). This notice concerns the petition to revoke Defendant's supervision which is scheduled for hearing on the 4TH day of October, 2021, at 2:00 o'clock p.m.:

Defendant admits all the allegations in the First Supplemental and Substituted Petition to Revoke Supervision (he has not received Doc. 62 but the additional violations have been read to him) and he admits to all the violations, he does not intend to call any witnesses or offer any exhibits to contest the violations (although he may call a witness to mitigate punishment).

    Mr. Gutierrez further states that he has recently undergone a substance abuse evaluation and has been scheduled to attend a group session on October 6, 2021, at 8:30 o'clock a.m. and he asks that the Court allow him to attend that session and all others that his substance abuse counselor directs and that a final decision as to whether or not to revoke his supervised

release be continued to see how diligently Mr. Gutierrez is about addressing his issues.

                                      Respectfully submitted,

                                      BY:/s/ John P. Greer
John P. Greer   00008287
13 West Fourth Street
P.O. Box 215
Spencer, Iowa  51301-0215
jp@greerlawoffice.net
(Telephone)(712) 262-1444
(Telefax)  (712) 262-4905
Attorney for Defendant

**CERTIFICATE OF SERVICE**
I certify that on October 1, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties of record.

By: s/ John P. Greer