# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. VICTOR GUTIERREZ, Defendant. | **HEARING MINUTES** Sealed: No <br> Case No.: 07-cr-04092-LTS-KEM-1 <br> Presiding Judge: Leonard T. Strand <br> Deputy Clerk: Allison Linafelter <br> Official Court Record: Shelly Semmler  Contract? No <br> Contact Information: SSemmlerReporting@gmail.com |

| Date: | 10/04/2021 | Start: | 2:01PM | Adjourn: | 2:40PM | Courtroom: | Donald E. O'Brien | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | n/a | | Time in Chambers: | | n/a | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Forde Fairchild | | | | | | |
| | Defendant(s): | John Greer (defendant present) | | | | | | |
| | U.S. Probation: | PO Chris Hopper | | | | | | |
| | Interpreter: | | n/a | Language: | n/a | Certified: | n/a | Phone: n/a |

| **TYPE OF PROCEEDING:** | **DETENTION** | | **REVOCATION** | X | **PRELIMINARY EXAMINATION** | |
|---|---|---|---|---|---|---|
| | | | | Contested? Yes | Continued from a previous date? | No |

| | Moving party: | Government (Doc. 62 (sealed)) | |
|---|---|---|---|
| | Nature of proceedings: | | Ruling: |
| | Review of detention or conditions | | |
| | Review of pre-trial release | | |
| | Review of supervised release | X | Supervised release revoked; 8 months' imprisonment BOP. 1 year of supervised release to follow; special conditions imposed; all other conditions unchanged. |
| | Preliminary examination | | |
| | **Witness/Exhibit List is** | Defense witness Minerva Topete (direct 2:07-2:13PM) (cross 2:13-2:14PM) | |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | | |
| | **Miscellaneous:** | Defendant admits all violations (1-3), including subparts. Those violations established.<br><br>Placement at Greenville or as close as to home as possible.<br><br>Defendant detained. | |